# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERIC L. JOHNSON, as Temporary Receiver of BF Labs, Inc., a corporation organized and existing under the laws of the State of Wyoming,** ) ) ) ) ) | |
| v. ) | Case No. 14-mc-00232 |
| ) | |
| **Real and personal property of BF Labs, Inc. in the District of Kansas,** ) ) | |

## AMENDED NOTIFICATION OF APPOINTMENT OF RECEIVER

Eric L. Johnson, as temporary receiver of BF Labs, Inc., a corporation organized and existing under the laws of the State of Wyoming ("Temporary Receiver"), states as follows:

1. Eric L. Johnson is a lawyer with the law firm of Spencer Fane Britt and Browne LLP, located at 1000 Walnut Street, Suite 1400, Kansas City, MO 64106.

2. On September 18, 2014, the Western District of Missouri appointed Mr. Johnson as Temporary Receiver for BF Labs, Inc. ("BFL"), a corporation organized and existing under the laws of the State of Wyoming with its principal place of business located in Leawood, Kansas. *See FTC v. BF Labs, Inc.*, No. 4:14-cv-00815-BCW (W.D. Mo. filed Sept. 15, 2014), Complaint (attached as Ex. 1) and Court Orders (attached as Exs. 2-4).[1]

3. Temporary Receiver posted a $15,000 bond in that action.

4. BFL has property located in the District of Kansas.

5. Temporary Receiver is the appointed, qualified, and acting receiver of the property and estate of BFL, and files this notice in that capacity pursuant to 28 U.S.C.A. § 754.

---

[1] The Ex Parte Order (Ex. 2) is no longer under seal.

2

6. It is necessary to institute this miscellaneous action in the United States District Court for the District of Kansas, in connection with the receivership, for the purpose of maintaining jurisdiction and control over all such property in this district.

      Respectfully submitted,

      SPENCER FANE BRITT & BROWNE LLP

        /s/ Bryant T. Lamer

| | |
|---|---|
| Bryant T. Lamer | KS #22722 |
| Kersten L. Holzhueter | KS #24885 |
| Andrea M. Chase | KS #26307 |
| Katie Jo Wheeler | KS #25299 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
blamer@spencerfane.com
kholzhueter@spencerfane.com
achase@spencerfane.com
kwheeler@spencerfane.com

Attorneys for Temporary Receiver Eric L. Johnson