# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 4:14-CV-00815-BCW |
| ) | |
| BF LABS, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on Plaintiff's motion to extend the temporary restraining order (Doc. #45). The Court held a show cause hearing on September 29, 2014, and discussed this motion. For the reasons stated on the record, the Court grants Plaintiff's motion and extends the temporary restraining order until October 3, 2014, at 9:00 A.M. unless otherwise ordered by the Court. Accordingly, it is hereby

ORDERED Plaintiff's Motion To Extend Temporary Restraining Order (Doc. #45) is GRANTED. The temporary restraining order is extended until October 3, 2014, at 9:00 A.M. unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATE: September 30, 2014

/s/Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT