**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ERIC L. JOHNSON, as Temporary Receiver of BF Labs, Inc., a corporation organized and existing under the laws of the State of Wyoming,** ) ) ) ) ) | |
| v. ) ) | Case No. 14-mc-00232 |
| **Real and personal property of BF Labs, Inc. in the District of Kansas.** ) ) | |

### NOTIFICATION OF WIND DOWN OF TEMPORARY RECEIVERSHIP

Eric L. Johnson, as Temporary Receiver of BF Labs, Inc., a corporation organized and existing under the laws of the State of Wyoming ("Temporary Receiver"), states as follows:

1. Eric L. Johnson is an attorney with the law firm of Spencer Fane Britt and Browne LLP, located at 1000 Walnut Street, Suite 1400, Kansas City, MO 64106.

2. On September 18, 2014, the Western District of Missouri appointed Mr. Johnson as Temporary Receiver for BF Labs, Inc. ("BFL"), a corporation organized and existing under the laws of the State of Wyoming with its principal place of business located in Leawood, Kansas. *See FTC v. BF Labs, Inc.*, No. 4:14-cv-00815-BCW (W.D. Mo. Sept. 15, 2014) ("Receivership Case").

3. On December 12, 2014, the U.S. District Court for the Western District of Missouri entered its order in the Receivership Case denying the Federal Trade Commission's Motion to continue the injunction and the receivership order enforced in the case.

4. On December 23, 2014, the Court entered an order ("Wind Down Order") providing for the wind down of the Temporary Receivership, a copy of which is attached hereto as **Exhibit A**.

5.  Temporary Receiver now notifies this Court of the wind down of the Receivership and requests that this miscellaneous case now be closed.

>Respectfully submitted,
>
>SPENCER FANE BRITT & BROWNE LLP
>
>   /s/ Andrea M. Chase
>Bryant T. Lamer        KS #26307
>Andrea M. Chase        KS #26307
>1000 Walnut, Suite 1400
>Kansas City, MO 64106
>Telephone:  (816) 474-8100
>Facsimile:  (816) 474-3216
>blamer@spencerfane.com
>achase@spencerfane.com
>
>Attorneys for Temporary Receiver Eric L. Johnson

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of December, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

>   /s/ Andrea M. Chase
>Attorney for Temporary Receiver
>Eric L. Johnson